WK:NCG
F. #2022R00039

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

THOMAS WELNICKI,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 1:22-cr-00164 (RJD)(SJB)
(T. 18, U.S.C., §§ 879(a)(1) and 3551 et seq.)

THE GRAND JURY CHARGES:

## THREATS AGAINST A FORMER PRESIDENT

On or about and between September 24, 2021 and December 2, 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant THOMAS WELNICKI did knowingly and willfully threaten to kill, kidnap and inflict bodily harm upon a former President of the United States, to wit: John Doe, an individual whose identity is known to the Grand Jury.

(Title 18, United States Code, Sections 879(a)(1) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2022R00039
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

THOMAS WELNICKI,

Defendant.

# INDICTMENT

(T. 18, U.S.C. §§ 879(a)(1) and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
*Clerk*

*Bail,* $ _____

_____

*Nina C. Gupta, Assistant U.S. Attorney (718) 254-6257*