

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NCG/AP                                    *271 Cadman Plaza East*
F. #2022R00039                            *Brooklyn, New York 11201*


December 18, 2023

<u>By ECF</u>

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Thomas Welnicki
>        <u>Criminal Docket No. 22-164 (RJD) (S-2)</u>

Dear Judge Dearie:

    The government respectfully moves to dismiss Count One of the Second Superseding Indictment against the defendant in the above-captioned matter.  On or about December 12, 2022, the parties entered into a deferred prosecution agreement ("DPA") as to Count One of the Second Superseding Indictment until December 12, 2023.  <u>See</u> ECF No. 64. The government now seeks to dismiss Count One of the Second Superseding Indictment against the defendant because the defendant has complied with the terms of the parties' DPA. Accordingly, the government respectfully requests that the Court dismiss Count One and close this case.

                                    Respectfully submitted,

                                    BREON PEACE
                                    United States Attorney

                    By:        /s/
                                    Nina C. Gupta
                                    Andrés Palacio
                                    Assistant U.S. Attorneys
                                    (718) 254-6257

cc:    Deirdre D. von Dornum, Esq. (by ECF)